IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEPHEN J. KOWALEWSKI,

      Appellant,                             JUDGMENT IN A CIVIL CASE

v.                                      Case No. 12-cv-858-bbc

ANGELA TORGERUD,
KEITH TORGERUD, DAVID L. LANGE,
ELLIOT M. LEVINE and LYNN BODI,

      Appellees.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this appeal for lack of jurisdiction.

| /s/ | 4/2/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |